No. 89–7069.   ETLIN v. ETLIN; and IN RE ETLIN.   Ct. App. Va.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until June 11, 1990, within which to

pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.